# Notice Recipients

| District/Off: 0860–4 | User: rob | Date Created: 10/19/2018 |
| Case: 4:18–bk–15649 | Form ID: oredefic | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee (ust)      USTPRegion13.LR.ECF@usdoj.gov
tr      Mark T. McCarty      ecfmail@ch13ark.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Amelia Roy Brown      5 Riverland Cove      Maumelle, AR 72113

TOTAL: 1